| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, #304781 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOSEPH A. LOPEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00308-SAB |
| Plaintiff, | STIPULATION TO ADVANCE STATUS CONFERENCE; ORDER |
| vs. | |
| JOSEPH A. LOPEZ, | DATE: April 4, 2019 |
| | TIME:    10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Gary Leuis, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Joseph A. Lopez, that the status conference currently scheduled continued to April 11, 2019, at 10:00 a.m. be placed back on today's April 4, 2019 calendar.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: April 4, 2019

*/s/ Gary Leuis*
GARY LEUIS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 4, 2019

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOSEPH A. LOPEZ

## **O R D E R**

The Court finds that there is good cause for the requested continuance and hereby orders that the status conference currently scheduled for April 11, 2019, is advanced to April 4, 2019, at 10:00 a.m..

IT IS SO ORDERED.

Dated: **April 4, 2019**

UNITED STATES MAGISTRATE JUDGE