| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | JOSEPH LOPEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00308-SAB |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER |
| vs. | |
| JOSEPH LOPEZ, | DATE: March 27, 2020 |
| Defendant. | TIME: 11:00 a.m. |
| | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Joseph Lopez, that the sentencing hearing currently scheduled for March 27, 2020, may be continued to June 25, 2020, at 10:00 a.m.

The parties jointly move to continue Mr. Lopez's sentencing hearing to June 25, 2020, in order to permit him an opportunity to avoid the health risk posed by the ongoing coronavirus pandemic.

/ / /

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | Respectfully submitted,<br>HEATHER E. WILLIAMS |
| | | Federal Defender |
| | Date: March 23, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSEPH LOPEZ |
| | | MCGREGOR W. SCOTT<br>United States Attorney |
| | Date: March 23, 2020 | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

Based on a showing of good cause, the Court hereby orders that the sentencing hearing currently scheduled for March 27, 2020, is continued to June 25, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**March 24, 2020**__

UNITED STATES MAGISTRATE JUDGE