HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSEPH LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-po-00308-SAB |
| Plaintiff, | **CONSENT TO APPEAR BY TELEPHONE** |
| vs. | |
| JOSEPH LOPEZ, | |
| Defendant. | |

I, Joseph Lopez, understand that under the Federal Rules of Criminal Procedure and the United States Constitution, I have a right to be present in open court for my sentencing hearing in this case. After consulting with my attorney, Assistant Federal Defender Matthew Lemke, I hereby consent to appear by telephone for the sentencing hearing currently set for September 17, 2020.

Dated: September 16, 2020      */s/ Matthew Lemke*
                               MATTHEW LEMKE
                               Assistant Federal Defender
                               Attorney for Defendant
                               JOSEPH LOPEZ


Dated:  September 16, 2020      */s/ Joseph Lopez*
                                JOSEPH LOPEZ
                                Defendant

**ORDER**

IT IS HEREBY ORDERED that pursuant to the CARES Act and Fed. R. Crim. P. 43, Joseph Lopez is permitted to appear by telephone for his sentencing hearing scheduled to take place on September 17, 2020.

IT IS SO ORDERED.

Dated:   **September 17, 2020**

UNITED STATES MAGISTRATE JUDGE